UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN CHRISTOPHER WRIGHT, SARAH WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES HANIFY, et al.<br><br>Defendants. | CASE NO. C21-5332 BHS<br><br>ORDER DECLINING TO ADOPT REPORT & RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 6.

Judge Christel recommends that the Court deny Plaintiffs' applications to proceed *in forma pauperis* and dismiss this case without prejudice because of Plaintiffs' failure to file an amended complaint or adequately respond to the Court's order. *Id.* at 2. Plaintiffs have since filed a motion for leave to file a proposed amended complaint, Dkt. 7, and a proposed amended complaint, Dkt. 8.

ORDER - 1

Because of this new filing, the Court therefore **DECLINES** to adopt the R&R. This matter is re-referred to Judge Christel for consideration of the pending motion and proposed amended complaint.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge