UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEPHEN CHRISTOPHER WRIGHT, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>CHARLES HANIFY, et al.<br><br>    Defendants. | CASE NO. C21-5332 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff Stephen Wright's applications to proceed *in forma pauperis*, Dkts. 1, 4, are **GRANTED**;

(3) Plaintiff Sarah Wright's application to proceed *in forma pauperis*, Dkt. 3, is **DENIED as moot**;

ORDER - 1

(4) Joe Mandoli is **DISMISSED** from this action without prejudice; and

(5) The Clerk is directed to terminate Sarah Wright, Charles Hanify, Rod Fleck, and Douglas Kresl as parties in this action.

Dated this 13th day of September, 2021.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2